IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

   vs.                                        CASE NO. 3:99CR00264-004(SEC)

JORGE REYES-SANTIAGO
*****************************

SUPPLEMENT TO THE MOTION FILED ON JULY 2, 2004
AND REQUEST FOR AN ORDER TO SHOW CAUSE HEARING

TO THE HONORABLE SALVOR E. CASELLAS
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

     COMES NOW, MARTIN DE SANTIAGO, U.S. PROBATION OFFICER of this Court, respectfully informing as follows:

     On July 2, 2004, a motion was filed notifying of the offender's violations of supervised release conditions.

     Since the last motion filed, the offender has incurred in the following additional violation:

1.    STANDARD CONDITION: "WHILE ON SUPERVISED RELEASE, THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME..."

     On September 2, 2004, the offender was arrested by the Puerto Rico Police Department for motor vehicle theft, driving without a license, and driving a motor vehicle with a license plate not belonging to the same. Reportedly, Mr. Reyes-Santiago, who used the name of his brother during this arrest, Raymond Sanchez-Santiago, stole a Malaguti motorcycle. On October 26, 2004, the offender after pleading guilty, was sentenced by the Honorable Manuel Bravo-Gatell, Superior

Judge, Bayamon Part, Bayamon, Puerto Rico to an aggregate three (3) year imprisonment term and fined a total of $600. He is presently serving his sentence at the Bayamon Correctional Institution, Correctional Institute #705, Bayamon, Puerto Rico serving his state sentence.

**WHEREFORE**, I declare under a penalty of perjury that the foregoing is true and correct, and it is respectfully requested, that the Warden at the Bayamon Correctional Institute #705 be ordered to release the offender to the U.S. Marshal Service so that he may be brought before this court for an Order to Show Cause Hearing. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 14th day of March 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Martin De Santiago
Martin De Santiago
U.S. Probation Officer
Federal Office Bldg., Rm. G-50
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
E-mail:
martin_de_santiago@prp.uscourts.gov

MDS/

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 14, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECFsystem which will send notification of such filing to the following: Sonia I. Torres-Pabón, Assistant U.S. Attorney, and Luis A. Guzmán-Dupont, Esq.

In San Juan, Puerto Rico, this 14th day of March 2005.

s/Martin De Santiago
Martin De Santiago
U.S. Probation Officer
Federal Office Bldg., Rm. G-50
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
E-mail:
martin_de_santiago@prp.uscourts.gov
