IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

       vs.                      CASE NO. 3: 99CR00264-04(SEC)

JORGE REYES-SANTIAGO
*******************************

ORDER

Upon petition of MARTIN DE SANTIAGO, U.S. PROBATION OFFICER of this Court, alleging that offender, Jorge Reyes-Santiago, has failed to comply with his conditions of supervised release, it is ORDERED that the offender appear before this Court on _____, 2005 at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

At this hearing, the offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue a Writ of Habeas Corpus ordering the Warden of the Bayamon Correctional Institution, Institution 75, Bayamon, Puerto Rico, to release Mr. Reyes-Santiago to the custody of the U.S. Marshal Service, so that he brought before this court. A copy of the order shall be provided to counsel for the releasee and for the government.

IT IS SO ORDERED

In San Juan, Puerto Rico, this      day of March 2005

                                                _____
                                                SALVADOR E. CASELLAS
                                                U.S. DISTRICT JUDGE

MDS/