IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff (s)<br><br>v.<br><br>JORGE REYES-SANTIAGO<br><br>Defendant (s) | Cr. 99-264 (SEC) |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  THE UNITED STATES MARSHAL and
    Warden of the Bayamon Correctional Institution
    Institution 75, Bayamon, Puerto Rico

GREETINGS:

We command you, the Warden of the Bayamon Correctional Institution to release **JORGE REYES-SANTIAGO** to the custody of the **United States Marshal for the District of Puerto Rico**, or to any of his deputies, and we command you, Herman Wirshing, United States Marshal for the District of Puerto Rico, to have the body of **JORGE REYES-SANTIAGO** and take him under your custody under safe and secured conduct, and remove said **JORGE REYES-SANTIAGO** forthwith and bring him before **HONORABLE MAGISTRATE JUDGE CAMILLE L. VELEZ-RIVE**, at the Federal Courthouse Building, in Hato Rey, Puerto Rico, in which his presence is necessary for preliminary revocation proceedings, on **Thursday, March 31, 2005, at 10:00 a.m.** and that you safely and securely return said JORGE REYES-SANTIAGO to the custody of the Warden of the

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
**Cr. 99-264-04(SEC)** **PAGE 2**

Bayamon Correctional Institution as soon thereafter as these proceedings are concluded before this court in accordance with the law.

WITNESS the Honorable United States Magistrate Judge Camille L. Velez-Rive District Court for the District of Puerto Rico, and the Seal of said Court, this 15th day of MARCH 2005.

FRANCES RIOS DE MORAN
Clerk of the Court

BY: S/Yelitza Rivera-Buonomo
Deputy Clerk