IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>    Vs.<br><br>JORGE REYES-SANTIAGO<br>#19095-069<br><br>    Defendant | CRIMINAL NO. 99-264 (SEC) |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The Warden of the Bayamon Correctional Institution, Institution 75, Bayamon, Puerto Rico, and United States Marshal and/or of his Deputies

GREETINGS:

We command you, the Warden of the Bayamon Correctional Institution, Institution 75, Bayamon, Puerto Rico, to release JORGE REYES-SANTIAGO, Prisoner Number 19095-069, presently detained at said institution, and deliver him to the custody of the United States Marshal for the District of Puerto Rico, or to any of his deputies for safe and secure conduct to the District Court for Puerto Rico for proceedings in this case.  And this is to command you, Herman Wirshing, U. S. Marshal for the District of Puerto Rico, or any United States Marshal or any of his Deputies, that you have the body of JORGE REYES-SANTIAGO and take him under your custody and under safe and secure conduct, and remove the said JORGE REYES-SANTIAGO forthwith and bring him to the District Court for the District of Puerto Rico before HONORABLE SALVADOR E. CASELLAS, at the Federal Courthouse Building, San Juan, Puerto Rico, **on or before April 27, 2005,**

Criminal No. 99-264 (SEC)  Page 2
Writ

---

**for preparation of defendant's Revocation Hearing set for April 29, 2005, at 10:30 a.m,** and to hold said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above entitled cause in the United States District Court.

WITNESS the Honorable Salvador E. Casellas, United States District Court for the District of Puerto Rico, at San Juan, Puerto Rico, and the Seal of said Court, this 8th day of April, 2005.

FRANCES RIOS-DE MORAN
Clerk, U. S. District Court for
the District of Puerto Rico

By: s/ Brenda Gonzalez
    Brenda Gonzalez
    Deputy Clerk