IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 99-264 (SEC) |
| Plaintiff | : | |
| | : | |
| Vs. | : | |
| | : | |
| JORGE REYES-SANTIAGO | : | |
| #19095-069 | : | |
| Defendant | : | |
| | : | |

_____

**MOTION REQUESTING RE-SETTING OF REVOCATION HEARING DUE TO CONFLICT OF CALENDAR**

Comes now Defendant, Jorge Reyes-Santiago, by his undersigned Court Appointed counsel, and alleges and prays as follows:

This Honorable Court set the Revocation Hearing in this case for Friday April 29, 2005 at 10:30 AM.
On that same day the undersigned attorney has a sentencing hearing at the Caguas Superior Court in the case of William Garcia Rosa at 9:00 AM.
It is expected that the undersigned attorney will be available in the afternoon to appear before this Honorable Court for the revocation hearing on that day.

WHEREFORE, it is respectfully requested that the revocation hearing be re-set for 2:00 PM on April 29, 2005 or any other day.

Respectfully submitted,
In San Juan, Puerto Rico, this 14th day of April 2005.

**CERTIFICATE OF SERVICE**: I hereby certify I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification to AUSA Aramis Rios.

/s/ Luis A. Guzmán Dupont
Luis A. Guzmán Dupont
USDCPR 206810
El Tunel Car Wash
Suite # 20
!50 Ayacucho Street
Tel. (787) 487-0662
guzmandupont@yahoo.com