# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled Time: 10:30
Reset Time:     :
Starting Time: 10:40
Ending Time:   10:50

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE SALVADOR E. CASELLAS

| | |
|---|---|
| COURTROOM DEPUTY: Brenda GONZALEZ | DATE:   April 26, 2005 |
| COURT REPORTER:   Diane BREAZ | **CR. NO: 99-264-04(SEC)** |
| COURT INTERPRETER: Hilda GUTIERREZ | PO: Abner VALCARCEL |

=====================================================================

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>Attorneys</u>:  AUSA Aramis Rios |
| vs. | |
| JORGE REYES-SANTIAGO | Luis Guzman-Dupont, Esq. |

=====================================================================

The defendant is present in court.  He is __X__ under custody ____ released.

CASE CALLED FOR FINAL REVOCATION HEARING of supervised release. After having heard both parties in this case, the Court finds that the offender violated the conditions of the imposed supervised release term by engaging in new criminal activity as cited in the motions filed by the U. S. Probation Officer on July 2, 2004 and March 14, 2005.  Therefore, the supervised release term imposed on September 8, 2000, is hereby revoked.  The Court is aware that the Chapter Seven (7) Policy Statements of the Sentencing Guidelines regarding revocation of supervised release are advisory.  However, should they have been applied in this case, the guideline imprisonment range would have been from 4 to 10 months based on a Grade B violation and a Criminal History Category of I.

**IT IS THE JUDGMENT OF THE COURT** as to violation(s) in Standard Conditions No. 1, No. 2 and No. 7.

Imprisonment for a total term of  6 months consecutively with the term that he is presently serving with the State Court.

Supervised release for a total term of  36  months

Fine:  None   Special Monetary Assessment:  None   Restitution:  None

All terms and conditions are specified in the judgment form.

The defendant is advised of his/her right to appeal, etc.

___ Any remaining counts as to this defendant are ordered dismissed.

___ Voluntary surrender is requested.   It is ___ granted  ___ denied

 X  Defendant is remanded to the custody of the U.S. Marshal.

Recommendations:

s/ Brenda Gonzalez
Brenda GONZALEZ
Courtroom Deputy Clerk