# UNITED STATES DISTRICT COURT
# DISTRICT FOR PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>V.<br><br>JORGE REYES-SANTIAGO<br><br>Defendant | CR. NO.: 99-264-04 (SEC) |

## ORDER

By Order of the Honorable Salvador E. Casellas, U. S. District Judge, the suggested wording are hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of April, 2005

FRANCES RIOS-DE MORAN
Clerk of the Court

By: s/ *Brenda Gonzalez-De la Concha*
Brenda Gonzalez-De la Concha
Courtroom Deputy Clerk

**ACKNOWLEDGMENT**:

I hereby acknowledge receipt of the pre-sentence investigation report

on 4/27/05

Eustaquio Babilonia
Chief, U.S. Probation Officer

By: _____