IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

     vs.                                    CASE NO.  3:99CR264-004 (SEC)

JORGE REYES-SANTIAGO
* * * * * * * * * * * * * * * * * * * * *

**MOTION NOTIFYING VIOLATION OF SUPERVISED RELEASE
AND REQUESTING MODIFICATION OF CONDITIONS OF RELEASE**

TO THE HONORABLE SALVADOR E. CASELLAS
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      **COMES NOW, Martín De Santiago, Senior U.S. Probation Officer** of this Court, presenting an official report upon the conduct and attitude of Jorge Reyes-Santiago, who was sentenced on April 26, 2006, to six (6) months of imprisonment after his original term of supervised release was revoked for having been convicted at the state level for a thievery offense; for having failed to report to the U.S. Probation Officer; and having failed to refrain from the use of controlled substances.  A supervised release term of three (3) years was imposed.  Drug testing, among other conditions of release, was imposed.  On October 27, 2006, the offender was released from custody at which time the supervision term imposed commenced.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      Since his release from custody the offender has violated the following condition:

**1. CONDITION NO. 7 - "YOU SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY CONTROLLED SUBSTANCE OR ANY PARAPHERNALIA RELATED TO ANY CONTROLLED SUBSTANCES, EXCEPT AS PRESCRIBED BY A PHYSICIAN."**

On December 18, 2006, Mr. Reyes-Santiago tested positive to Marijuana and he voluntarily admitted to the use of said controlled substance. He was subsequently enrolled in the intensive drug testing program.

Mr. Reyes-Santiago would like to partake in a drug treatment program. As his conditions of release do not include drug treatment, we are respectfully recommending that his supervised release conditions be modified to require that he participate in a substance abuse treatment program.

The above-noted was discussed with the offender and he has agreed to the modification of conditions as noted on the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Probation/Supervised Release of Extend Term of Supervision, modifying his conditions to require him participate in a substance abuse treatment program.

**WHEREFORE,** it is respectfully requested, unless ruled otherwise by the Court, that our request for the modification of conditions be granted as noted on the attached waiver.

In San Juan, Puerto Rico, this 21st day of December 2006.

        Respectfully submitted,

        EUSTAQUIO BABILONIA, CHIEF
        U.S. PROBATION OFFICER


        s/Martin De Santiago
        Martin De Santiago
        Senior U.S. Probation Officer
        Federal Office Building Room 400
        150 Chardón Avenue
        San Juan, P.R. 00918-1741
        Tel. 787-766-5860
        Fax 787-766-5945
        martin_de_santiago@prp.uscourts.gov


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Aramis G. Rios, Assistant U.S. Attorney, and Luis A. Guzman-Dupont, Esq.

In San Juan, Puerto Rico, this 21st day of December 2006.

        s/Martin De Santiago
        Martin De Santiago
        Senior U.S. Probation Officer
        Federal Office Building Room 400
        150 Chardón Avenue
        San Juan, P.R. 00918-1741
        Tel. 787-766-5860
        Fax 787-771-4063
        martin_de_santiago@prp.uscourts.gov

MDS