PROB 49
(6/98)

# UNITED STATES DISTRICT COURT
## District of Puerto Rico

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**"The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance and submit to a drug test within 15 days of release, thereafter, submit to random drug test, not to exceed 52 samples per year in accordance with the drug aftercare program policy of the United States Probation Office approved by this Court. If any such samples detect substance abuse, the defendant shall participate in a substance abuse treatment program (in-patient or out-patient) in accordance with such policy. The Defendant is required to contribute to the cost of services rendered (co-payment) based on the ability to pay or availability of third party payments, as approved by the Court."**

Witness: __Martin De Santiago__   Signed: _[signature]_
U.S. Probation Officer         Probationer or Supervised Releasee

_____December 18, 2006_____