## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

        v.           **Criminal No. 99-264(SEC)**

JORGE REYES-SANTIAGO
    Defendant

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket # 269**<br>**Motion Requesting Modification of Conditions of Supervised Release** | **GRANTED.** Defendant Jorge Reyes-Santiago's conditions of supervised release are modified as follows the Defendant: (1) shall not unlawfully possess a controlled substance (2) shall refrain from any unlawful use of controlled substance, (3) shall submit to a drug test within 15 days of release, (4) thereafter, Defendant shall submit to random drug testing, not to exceed 52 samples per year in accordance with the Drug Aftercare Program Policy of the U.S. Probation Office. If any such samples detect substance abuse, the Defendant shall participate in a substance abuse treatment program (in-patient or out-patient) in accordance with such policy. The Defendant shall contribute to the cost of the services rendered based on the ability to pay or availability of third party payments, as approved by the Court. The Defendant has agreed to said modifications and has waived his right to a hearing (See Docket #269-2). |

DATE: December 27, 2006.

                                                                     S/ *Salvador E. Casellas*
                                                                     SALVADOR E. CASELLAS
                                                                       U.S. Senior District Judge