IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    vs.                    CASE NO. 3:99CR264-004(SEC)

JORGE REYES-SANTIAGO
A.K.A. PECA
* * * * * * * * * * * *

**MOTION NOTIFYING VIOLATIONS OF
SUPERVISED RELEASE CONDITIONS AND REQUEST FOR THE ISSUANCE OF
AN ARREST WARRANT**

TO THE HONORABLE SALVADOR E. CASELLAS
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW, Martín De Santiago, U.S. PROBATION OFFICER of this Court**, presenting an official report on the conduct and attitude of releasee, Jorge Reyes-Santiago, whose original supervised release term was revoked on April 26, 2005, and was sentenced to six (6) months of imprisonment and three (3) years of supervised release. On October 27, 2006, the offender was released from custody at which time the imposed supervision term commenced.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    Since his release from custody, the offender has violated the following supervision condition:

    **1. CONDITION NO.2 - "YOU SHALL REPORT TO THE PROBATION OFFICER AND SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH."**

On January 9, 11, 16, and 29, 2007; and February 6, and 12, and 14, 2007, the offender failed to report to the U.S. Probation Office as directed. In addition, he has failed to submit his monthly supervision reports for December 2006 and January 2007.

Several community contacts have been made and messages have been left for the offender to report to the U.S. Probation Office. However, he has failed to report as directed. As such, he has absconded from supervision since his whereabouts are not known.

**2. CONDITION NO. 7 – "YOU SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY CONTROLLED SUBSTANCE OR ANY PARAPHERNALIA RELATED TO ANY CONTROLLED SUBSTANCES, EXCEPT AS PRESCRIBED BY A PHYSICIAN."**

The offender tested positive to marijuana on December 18, 2006.

**WHEREFORE**, I declare under a penalty of perjury that the foregoing is true and correct, and it is respectfully requested, unless ruled otherwise, that a warrant of arrest be issued so that the offender may be brought before this Court to show cause why his supervision term should not be revoked. Thereupon, he be dealt with pursuant to law.

In San Juan, Puerto Rico, this 16th day of February 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Martin De Santiago
Martin De Santiago
Senior U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-766-5945
martin_de_santiago@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on February 16, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Amaris G. Rios, Assistant U.S. Attorney and Luis A. Guzmán-Dupon, Defense Counsel.

In San Juan, Puerto Rico, this 16th of February 2007.

s/Martin De Santiago
Martin De Santiago
U.S. Probation Officer
Federal Office Bldg. Rm. 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-766-5945
martin_de_santiago@prp.uscourts.gov

MDS