IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CRIM. NO. 99- 264(SEC) |
| vs. | |
| JORGE REYES SANTIAGO(4) | |
| Defendant | |

MOTION REQUESTING RESCHEDULING OF SHOW CAUSE HEARING

TO THE HONORABLE COURT:

COMES now the undersigned attorney and respectfully alleges and prays as follows:

1. The undersigned attorney has a civil pre-trial conference scheduled for March 29, 2007 at 9:00 AM in the Superior Court in San Juan, Puerto Rico.( CARIBBEAN TELECOM, S.V.C., INC. Vs. LA ASOCIACIÓN DE MAESTROS DE PUERTO RICO, CIVIL No. KAC03-4507 (803) )

2. That the Show Cause hearing in the instant case has been scheduled for March 29, 2006 at 9:00 AM.

4. The undersigned attorney requests that the hearing to show cause be rescheduled to any of the following dates: **April 3, 5, or 6, 2007** at any time.

WHEREFORE it is respectfully requested that this Honorable Court

1

reschedule the Show Cause hearing to any of the above mentioned available dates.

Respectfully submitted,

In San Juan, Puerto Rico, this Friday, March 16, 2007.

**CERTIFICATE OF SERVICE**: I hereby certify I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification to all counsel in this case.

>*S/Luis A. Guzman Dupont*
>Luis A Guzmán Dupont
>USDCPR 206810
>El Tunel Car Wash
>Suite 20
>150 Ayacucho Street
>Rio Piedras, Puerto Rico 00926
>Tel. (787) 772-9724/487-0662
>Fax. (787) 282-8827
>E- Mail:guzmandupont@yahoo.com