AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

4- JORGE REYES-SANTIAGO

**WARRANT FOR ARREST**

Case Number: 99-264 (SEC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JORGE REYES-SANTIAGO _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

RECEIVED & FILED
2007 APR 16 PM 2:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

in violation of Title _____ United States Code, Section(s) _____

CAMILLE L. VELEZ-RIVE
Name of Issuing Officer

S/ Camille L. Velez-Rive
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

July 12, 2004 in San Juan, Puerto Rico
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 7-19-04 | NAME AND TITLE OF ARRESTING OFFICER US MARSHALS | SIGNATURE OF ARRESTING OFFICER By: [signature] |
|---|---|---|
| DATE OF ARREST 4-22-06 | | |