IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>JORGE REYES-SANTIAGO,<br>    Defendant | CRIMINAL NO. 99-264 (SEC) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    1.    Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for *Jorge Reyes-Santiago.*

    2.    Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the AFPD assigned to the case and to the Federal Public Defender, Mr. Joseph C. Laws, Jr.

    I HEREBY CERTIFY that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

    RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico, this 30th day of October, 2007.

                                JOSEPH C. LAWS, JR.
                                Federal Public Defender

                                *S/Rafael Andrade-Ravelo*
                                RAFAEL ANDRADE-RAVELO
                                Assistant Federal Public Defender
                                USDC - PR 221308
                                241 F. D. Roosevelt Avenue
                                San Juan, PR  00918-2305
                                Tel. (787) 281-4922
                                Rafael_Andrade@fd.org