AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

UNITED STATES OF AMERICA,                              **APPEARANCE**


v.                                      CRIMINAL NUMBER: 99-264(SEC)

JORGE REYES-SANTIAGO


To the Clerk of this court and all parties of record:

Enter my appearance as COUNSEL in this case for the United States of America.

Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Jose Ruiz-Santiago be terminated.


__June 2, 2008__
*Date*                                    s/ *Myriam Y. Fernández-González*
                                          *Signature*

                                          Myriam Y. Fernández-González  Bar No. 218011
                                          *Print Name*

                                          350 Torre Chardón, Suite 1201 _____
                                          *Address*

                                          San Juan, Puerto Rico 00918 _____
                                          *City*

                                          (787) 766-5656 _____
                                          *Phone Number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date June 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send  notification of such filing to all attorneys of record.

s/ *Myriam Y. Fernández-González*
Myriam Y. Fernández-González - 218011
Assistant U.S. Attorney
Torre Chardón, Room 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
Tel. (787) 766-5656
e-mail: myriam.y.fernandez@usdoj.gov