# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO     DATE: JUNE 27, 2008

COURT REPORTER: FTR/SLD     **CRIM. NO. 99-264 (04)(SEC)**

COURT INTERPRETER: EDNA BRAYFIELD
=======================================================================

                                                                                          Attorneys:

UNITED STATES OF AMERICA     AUSA, ANTONIO BAZAN

vs.

JORGE SANTOS-SANTIAGO     AFPD, CARMEN CORAL RODRIGUEZ
U/C 19095-069

=======================================================================

The defendant is present in court. He is  X  under custody  ___  on bond

    **CASE CALLED FOR REVOCATION HEARING**.

 X  Defendant admits having violated his conditions of Supervised Release.

    **SENTENCE IMPOSED ON   APRIL 26, 2005 is REVOKED**.

**SENTENCE**: Imprisonment for a term of 9 months and 3 years of Supervised Release term.

                                                    *S/ Sulma López-Defilló*
                                                     Courtroom Deputy Clerk