AO 442  (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ JUDICIAL _____ District of _____ PUERTO RICO _____

UNITED STATES OF AMERICA

V.

JORGE REYES-SANTIAGO

**WARRANT FOR ARREST**

Case Number: 99-CR-264-04 (SEC)

*[Stamp: RECEIVED AND FILED 2008 JUL 21 PM 1:45 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR]*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **JORGE REYES-SANTIAGO** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

ONCE ARRESTED, DEFENDANT SHALL BE BROUGHT BEFORE MAGISTRATE JUDGE ON DUTY.

(Order to Show Cause Hearing to be held before U.S. Magistrate Judge McGiverin.)

in violation of Title _____ United States Code, Section(s) _____

BRUCE J. McGIVERIN
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

MARCH 13, 2007 AT SAN JUAN, PUERTO RICO
Date and Location

*[Signature: Jyoti Mehta-López]*
By: Jyoti Mehta-López, Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04-11-07 | JOSE A. MIRANDA | *[signature]* |
| DATE OF ARREST | TFA / USMS | |
| 05-15-08 | | |